RALPH A. NAPOLI v. MARGOT ELD, SUPERINTENDENT CORRECTIONAL INSTITUTION FOR WOMEN, CLINTON, NEW JERSEY.

November 9, 1977. Petition for certification granted.

STATE OF NEW JERSEY v. LEROY SNYDER.

November 9, 1977. Petition for certification denied.

ALEXANDRIA META v. TWP. OF CHERRY HILL.

November 9, 1977. Petitions for certification denied. (See 152 *N. J. Super.* 228)

JOSEPH J. NICHOLSON v. VICTOR KOSTER.

November 9, 1977. Petition for certification denied.

MONTCLAIR STATE COLLEGE v. CARRINO CONTRACTING & TRUCKING CO., INC.

November 9, 1977. Petition for certification denied.

IRVINGTON GENERAL HOSPITAL v. DEPARTMENT OF HEALTH OF THE STATE OF NEW JERSEY.

November 9, 1977. Petition for certification denied.